DEAN
v.
CODDINGTON.

*DEAN *against* CODDINGTON and others.

Where there is an order of reference to a master to ascertain the amount due on a mortgage, on the coming in of his report, the cause must be set down for hearing on the requisite notice ; a decree of sale entered immediately on filing the report, was set aside for irregularity.

BILL to foreclose mortgages, and for specific relief against *Coddington,* one of the defendants. The bill was taken *pro confesso* against all the defendants but *C.,* who answered, and issue being joined, the rules to produce witnesses, and to pass publication, were regularly entered. The cause was set down for hearing in *June,* 1816, and duly noticed ; the defendant *C.* made default, and an order of reference was obtained, to ascertain the amount of the mortgages, but no other decretal order was entered. The defendant *C.,* though duly summoned, did not appear before the master, and a report was made on the 22d of *June* last, (being the last day of the Court,) and confirmed, and a decree entered for the sale of the mortgaged premises ; and that the defendant *C.* bring certain deeds in his possession into Court, and pay costs.

*October* 10th.

*Burr,* for the defendant *C.,* now applied to the Court, by petition and notice, to set aside the decree for irregularity, inasmuch as the cause was not regularly set down for hearing, on the requisite notice, upon the coming in of the master's report, and upon the equity reserved, in respect to the defendant *C.*

*T. A. Emmet,* contra.

THE CHANCELLOR considered the objection to the regularity of the decree, as against the defendant *Coddington,* *well taken, and the same was accordingly set aside, so far as it related to him.

[ * 202 ]